### 15512.  CONTINENTAL INSURANCE CO. *v.* BINFORD-SUTTON DRUG CO.

LUKE, J. The policy of insurance sued upon in this case contained a provision that "the assured will keep a set of books which shall *clearly and plainly present a complete record of business transacted, including all purchases, sales, and shipments,* both for cash and credit, from date of inventory, as provided for in first section of this clause, and during the continuance of this policy. [Italics ours.] In the event of failure to produce such set of books and inventories for the inspection of this company, this policy shall become null and void, and such failure shall constitute a perpetual bar to any recovery thereon." It clearly appearing, from the evidence, that the assured did not keep such a set of books, the verdict in favor of the plaintiff was contrary to law and the evidence.

*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 14, 1924.

Action on fire-insurance policy; from Wilkes superior court— Judge Shurley. March 7, 1924.

Application for certiorari was denied by the Supreme Court.

*Spalding, MacDougald & Sibley, W. A. Slaton,* for plaintiff in error.

*Clement E. Sutton,* contra.